**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter ____**11**____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1:  Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐ Chapter 7

   ☑ Chapter 11

## Part 2:  Identify the Debtor

2. **Debtor's name**

   **Upper Padre Partners, L.P.**

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   <u>4</u> <u>6</u> – <u>2</u> <u>0</u> <u>2</u> <u>0</u> <u>9</u> <u>6</u> <u>7</u>
   EIN

5. **Debtor's address**

   **Principal place of business**

   **381 East Austin Street**
   Number    Street

   **New Braunfels      TX    78130**
   City                        State   ZIP Code

   **Comal**
   County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City                        State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   **14353 Commodores Dr.**
   Number    Street

   **Corpus Christi      TX    78418**
   City                        State   ZIP Code

6. **Debtor's website (URL)**

Debtor  **Upper Padre Partners, L.P.** _____  Case number (if known) _____
         Name

**7.  Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☑ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

**8.  Type of debtor's business**
*Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the types of business listed.
☐ Unknown type of business.

**9.  To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
☑ No
☐ Yes. Debtor _____  Relationship _____

District _____  Date filed _____  Case number, if known _____
                                MM / DD / YYYY

---

**Part 3:  Report About the Case**

**10.  Venue**
*Check one:*
☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11.  Allegations**
Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*
☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12.  Has there been a transfer of any claim against the debtor by or to any petitioner?**
☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13.  Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Schlitterbahn NP Water Resort Management** | **Unpaid operating expenses incurred under Management Agreement** | **$2,797,992.90** |
| **Waterpark Management, Inc.** | **Unpaid loan for Real Property Taxes and payments made on behalf of Debtor to other Lenders.** | **$1,857,053.70** |

Debtor     **Upper Padre Partners, L.P.**                                         Case number (if known) _____
           Name

                                                           Total of petitioners' claims    **$4,655,046.60**

If more space is needed to list petitioners, attach additional sheets.  Write the alleged debtor's name and the case
number, if known, at the top of each sheet.  Following the format of this form, set out the information required in Parts 3
and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the
petitioner's attorney.  Include the statement under penalty of perjury set out in Part 4 of the form, followed by each
additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:     Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition.  If a petitioning
creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b).  If any petitioner is a foreign
representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                    **Attorneys**

**Name and mailing address of petitioner**

**Schlitterbahn NP Water Resort Management**                     **Thomas Rice**
Name                                                             Printed name
**381 E. Austin St.**                                            **Pulman Cappuccio Pullen Benson & Jones**
Number     Street                                                Firm name, if any
**New Braunfels**              **TX**     **78130**              **2161 NW Military Hwy**
City                           State     ZIP Code               Number     Street
                                                                **San Antonio**              **TX**      **78213**
**Name and mailing address of petitioner's representative, if any**      City                         State      ZIP Code

**Gary Henry**                                                  Contact phone **210-222-9494**
Name
**381 E. Austin St.**                                           Email      **trice@pulmanlaw.com**
Number     Street
**New Braunfels**              **TX**     **78130**             Bar number **24025613**
City                           State     ZIP Code
                                                                State      **TX**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/01/2017                                          X  _~Thomas Rice (signature)~_
             MM / DD / YYYY                                         Signature of attorney

X  _~Gary Henry (signature)~_  President                        Date signed  5/1/17
   Signature of petitioner or representative, including representative's title       MM / DD / YYYY

Official Form 205                    **Involuntary Petition Against a Non-Individual**                         page 3

Debtor    **Upper Padre Partners, L.P.**          Case number (if known) _____
          Name

**Name and mailing address of petitioner**

**Waterpark Management, Inc.**
Name
**381 E. Austin St.**
Number    Street
**New Braunfels**     **TX**     **78130**
City            State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

**Gary Henry**
Name
**381 E. Austin St.**
Number    Street
**New Braunfels**     **TX**     **78130**
City            State     ZIP Code

**Thomas Rice**
Printed name
**Pulman Cappuccio Pullen Benson & Jones**
Firm name, if any
**2161 NW Military Hwy**
Number    Street
**San Antonio**     **TX**     **78213**
City            State     ZIP Code

Contact phone **210-222-9494**

Email     **trice@pulmanlaw.com**

Bar number    **24025613**

State     **TX**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/01/2017**
        MM / DD / YYYY

X _____ *President*
    Signature of petitioner or representative, including representative's title

*GARY HENRY*

X _____
    Signature of attorney

Date signed **5/1/2017**
        MM / DD / YYYY