IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| UPPER PADRE PARTNERS, L.P. | § | CASE NO. 17-51045 |
| | § | |
| DEBTOR | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF NOTICES, PLEADINGS AND ORDERS**

PLEASE TAKE NOTICE that the undersigned counsel hereby enters their appearance on behalf of INTERNATIONAL BANK OF COMMERCE, pursuant to the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Western District of Texas and requests copies of all notices and pleadings.  All such notices should be addressed to the following:

Michael G.  Colvard
**MARTIN & DROUGHT, P.C.**
2500 Bank of America Plaza
300 Convent Street
San Antonio, Texas 78205
(210) 227-7591 Telephone
(210) 227-7924 Facsimile
mcolvard@mdtlaw.com

Please take further notice that, pursuant to Fed.  R.  Bankr. P. 2002, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed with regard to the above referenced case and the proceedings therein.

Respectfully submitted,

**MARTIN & DROUGHT, P.C.**
2500 Bank of America Plaza
300 Convent Street
San Antonio, Texas 78205-3789
Telephone: (210) 227-7591
Facsimile: (210) 227-7924
E-Mail: mcolvard@mdtlaw.com

By: /s/ Michael G. Colvard
    Michael G. Colvard
    State Bar No. 04629200

**ATTORNEYS FOR INTERNATIONAL
BANK OF COMMERCE**

**CERTIFICATE OF SERVICE**

    I certify that on this 2nd day of May, 2017, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Bankruptcy Court, using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

/s/Michael G. Colvard
_____
Michael G. Colvard