**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **UPPER PADRE PARTNERS, L.P.** | § | **Case No. 17-51045** |
| | § | |
| **Alleged Debtor.** | § | **Chapter 11** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO ALL INTERESTED PARTIES:

Axys Capital Credit Fund LLC ("Axys"), a creditor in the above-referenced case, hereby

gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010 by and through the

undersigned counsel,

> Eric J. Taube
> Waller Lansden Dortch & Davis, LLP
> 100 Congress Ave., Suite 1800
> Austin, Texas  78701
> (512) 685-6400
> (512) 685-6417 FAX
> Email:  eric.taube@wallerlaw.com

> and

> Mark C. Taylor
> Waller Lansden Dortch & Davis, LLP
> 100 Congress Ave., Suite 1800
> Austin, Texas  78701
> (512) 685-6400
> (512) 685-6417 FAX
> Email:  mark.taylor@wallerlaw.com

Axys respectfully requests that it be served with copies of all notices issued by the Clerk

of the Court and all other pleadings and notices to parties-in-interest filed by Debtor, any

Creditors Committees, or any other interested parties in this case, including all adversary

proceedings, in accordance with Bankruptcy Rule 2002.  Further, Axys requests that copies of all

applications, motions, complaints, and other proceedings filed in the above-referenced case be

forwarded to it through its attorneys of record.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By:  /s/ Mark C. Taylor
    Eric J. Taube
    State Bar No. 19679350
    Mark C. Taylor
    State Bar No. 24084021
    100 Congress Avenue, Suite 1800
    Austin, Texas 78701
    (512) 685-6400
    (512) 685-6417 (FAX)
    eric.taube@wallerlaw.com
    mark.taylor@wallerlaw.com

ATTORNEYS FOR CREDITOR,
AXYS CAPITAL CREDIT FUND LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed and served via the Court's CM/ECF system upon all parties registered to receive notice in this case on this 5th day of May, 2017.

    /s/ Mark C. Taylor
    Mark C. Taylor