**Entities Included in The Henry Group**

Gary Henry

Jeff Henry

Henry and Sons Construction Company, Inc.

North Padre WaterPark Holdings, Ltd.

Wind, Water & Waves LLC

Arrowhead Minerals, Inc.

Bad-Schloss, Inc.

Convertible Structures, Inc.

Enterprize Management, Inc.

Faber, Henry and Associates, Inc.

Galpark, LLC

Galveston Waterpark Management, Inc.

Garden Villa Homeowners Association, Inc.

Golden Seal Investments, Inc.

Henry Condo I, Ltd.

Henry, Schooley & Associates, L.L.C.

Henry-Glas, Ltd.

Hospitality and Visitors Association

Hotel Waterpark, Gp, LLC

Jrps, LLC

Landa Resort, Inc.

Liberty Partnership, Ltd.

Nb Development, Inc.

Nb Henry Group Partners, Ltd.

North Padre Wph Gp, LLC

Pop-Eye Olilve-Oyl, LLC

Schlitterbahn Beach Resort Management, LLC

Schlitterbahn Np Water Resort Management, LLC

Spi Brwp Holdings, LLC

Torrey Street Mini-Storage, Inc.

Water Ride Concepts, Inc.

Waterpark Management, Inc.